Gregory O. Eisenreich (160643), geisenreich@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Plaintiff
HCC Life Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCC LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MANAGED BENEFIT ADMINISTRATORS LLC; and ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, formerly known as BC LIFE & HEALTH INSURANCE COMPANY,<br><br>Defendants. | NO.: 2:07-cv-02542 MCE DAD<br><br>**STIPULATION RE CONTINUANCE OF MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS; ORDER**<br><br>Current Hearing Date:  April 4, 2008<br>Proposed Continued Hearing Date: April 17, 2008<br>Time:  9:00 a.m.<br>Courtroom:  3 |

The motion to compel arbitration of Plaintiff HCC Life Insurance Company ("HCC Life") (filed on February 12, 2008) is currently set for hearing on April 4, 2008, at 9:00 a.m.

The joint motion to dismiss of Defendants Managed Benefits Administrators ("MBA") and Anthem Blue Cross Life And Health Insurance Company ("BC"; collectively, "Defendants") (filed on February 26, 2008) was likewise noticed for hearing on April 4, 2008, at 9:00 a.m.

HCC Life maintains that the hearing on Defendants' motion to dismiss is premature, and should be heard well after the determination of the motion to compel arbitration.  In particular, HCC Life maintains that the motion to compel arbitration, if granted, will render Defendants' motion moot.  Thus, HCC Life intends to file an ex parte application to continue the hearing on Defendants'

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1   motion to dismiss.  Defendants disagree with HCC Life's contention, and intend to oppose the ex

2   parte application when it is filed.

3

4        However, in the interim, counsel for BC has informed the other parties that its leading

5   counsel, Molly Lane, has a vacation scheduled from March 19, 2008 through March 28, 2008, the

6   week during which Defendants' reply to the motion to dismiss is due, and requests that the hearings

7   on both motions be continued to April 17, 2008.  BC and MBA therefore stipulate to move the

8   hearing dates of both motions to April 17, 2008, 9:00 a.m.

9

10       In order to accommodate the vacation schedule of BC's counsel, HCC Life provisionally

11   stipulates to continue the hearings for both motions to April 17, 2008, at 9:00 a.m.  It does so,

12   however, while fully and expressly reserving its right to apply to this court for an order continuing

13   the hearing on Defendants' motion to dismiss to a still later date.

14

15       With the above reservations, the parties hereby stipulate that the hearing for both motions be

16   continued to April 17, 2008, at 9:00 a.m., at the above-referenced court.   The parties further

17   stipulate that the dates for the filing and service of opposition and reply briefs are correspondingly

18   continued, pursuant to Local Rule 78-230

19

20   Dated:  March 13, 2008                          BARGER & WOLEN LLP

21

22                                                   By: _____

23                                                       GREGORY O. EISENREICH
                                                         MICHAEL A. S. NEWMAN
24                                                       Attorneys for Plaintiff HCC Life
                                                         Insurance Company
25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION RE CONTINUANCE; [PROPOSED] ORDER          CASE NO.: 2:07-cv-02542 MCE DAD

1

Dated:  March 13, 2008

2

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

3

4

By: _____

5

JAMES C. KRIEG
ALLISON LANE COOPER

6

OWEN J. RESCHER
Attorneys for Defendant Managed

7

Benefit Administrators, LLC

8

Dated:  March 13, 2008

MORGAN, LEWIS & BOCKIUS LLP

9

10

By: _____

11

MOLLY MORIARTY LANE
EDWARD J. DONNELLY

12

Attorneys for Defendant Anthem Blue
Cross Life and Health Insurance

13

Company formerly known as BC Life &
Health Insurance Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION RE CONTINUANCE; [PROPOSED] ORDER          CASE NO.: 2:07-cv-02542 MCE DAD

## ORDER

For good cause showing, it is hereby ordered that the motion to compel arbitration of Plaintiff HCC Life Insurance Company ("HCC Life"), currently set for hearing on April 4, 2008, at 9:00 a.m., be continued to April 17, 2008, at 9:00 a.m., at the above-referenced courtroom. The dates for the filing and service of opposition and reply briefs are correspondingly continued, pursuant to Local Rule 78-230.

For good cause showing, it is hereby ordered that the motion to dismiss of Defendants Managed Benefits Administrators and Anthem Blue Cross Life And Health Insurance Company, currently set for on April 4, 2008, at 9:00 a.m., be continued to April 17, 2008, at 9:00 a.m., at the above-referenced courtroom. The dates for the filing and service of opposition and reply briefs are correspondingly continued, pursuant to Local Rule 78-230.

This is without prejudice to HCC Life's seeking a further continuance of the motion to dismiss, pursuant to the reasons stated in the above stipulation.

IT IS SO ORDERED.

DATED: March 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-
STIPULATION RE CONTINUANCE; [PROPOSED] ORDER          CASE NO.: 2:07-cv-02542 MCE DAD