UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HCC LIFE INSURANCE COMPANY,

        Plaintiff,

    v.

MANAGED BENEFIT ADMINISTRATORS, LLC; and ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, formerly known as BC LIFE & HEALTH INSURANCE COMPANY,

        Defendants.

No. 2:07-CV-02542-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

The Court has received and reviewed Plaintiff's "Ex Parte Application to have Hearing on Motion to Dismiss Continued," filed on March 25, 2008, and Defendants' opposition thereto. For the following reasons, Plaintiff's application is DENIED.

On February 12, 2008, Plaintiff filed a Motion to Compel Arbitration based on arbitration clauses in various contracts. On February 26, 2008, Defendants jointly filed a Motion to Dismiss for failure to state a cause of action under Federal Rule of Civil Procedure 12(b)(6). Both motions are currently set for hearing on April 17, 2008.

1

1    Plaintiff now seeks an *ex parte* order continuing the hearing on Defendants' Motion to Dismiss until at least 21 days after the Court issues a ruling on the Motion to Compel Arbitration. Plaintiff argues that a ruling on the Motion to Compel Arbitration may render the Motion to Dismiss moot.  By the same token, a ruling on the Motion to Compel Arbitration may render the Motion to Dismiss moot.  Additionally, both motions have been fully briefed.  Accordingly, this Court finds that there is no judicial efficiency saved by continuing the hearing on Defendants' Motion to Dismiss.  Therefore this *ex parte* application is DENIED.

   IT IS SO ORDERED.


Dated: April 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2