Gregory O. Eisenreich (160643), geisenreich@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
HCC Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCC LIFE INSURANCE COMPANY, | CASE NO.: 2:07-cv-02542 MCE DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL** |
| MANAGED BENEFIT ADMINISTRATORS LLC; and ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, formerly known as BC LIFE & HEALTH INSURANCE COMPANY, | |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\ifolder\mengland\home\to docket civil\07cv2542.stip.0626.doc

PDF created with pdfFactory trial version www.pdffactory.com

# **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). The parties shall bear their own attorneys' fees and costs.

Dated: June __, 2008          BARGER & WOLEN LLP


By: _____
    GREGORY O. EISENREICH
    MICHAEL A. S. NEWMAN
    Attorneys for Plaintiff HCC Life
    Insurance Company


Dated: June __, 2008          KRIEG, KELLER, SLOAN, REILLEY
                                & ROMAN LLP


By: _____
    JAMES C. KRIEG
    ALLISON LANE COOPER
    OWEN J. RESCHER
    Attorneys for Defendant Managed
    Benefit Administrators, LLC


Dated: June __, 2008          MORGAN, LEWIS & BOCKIUS LLP


By: _____
    MOLLY MORIARTY LANE
    EDWARD J. DONNELLY
    Attorneys Defendant Anthem Blue
    Cross Life and Health Insurance
    Company formerly known as BC
    Life & Health Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER RE: DISMISSAL

The parties, by and through their attorneys of record, having stipulated to a dismissal of the entire action, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties. All parties shall bear their own attorneys' fees and costs.

Dated: June 26, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PDF created with pdfFactory trial version www.pdffactory.com